**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Loran P. Czech,

        Plaintiff,         Civil No. 10-3670 (RHK/SRN)

vs.         **ORDER**

Michael J. Astrue, Commissioner of
Social Security,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 25, 2010

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge